UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch,<br><br>   Plaintiff,<br><br> vs.<br><br>Diversified Collection Services, Inc.; and Does 1-10, inclusive,<br><br>   Defendants. | Case No.: 4:12-cv-01459-RS<br><br>**[~~PROPOSED~~] ORDER** |

  Based on the Stipulation of counsel, it is ordered that Plaintiff's Amended Complaint is deemed filed.


Date:_10/1/12_____        _____
                Hon. Richard Seeborg