UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch,<br><br>    Plaintiff,<br><br>  vs.<br><br>Diversified Collection Services, Inc.; and Does 1-10, inclusive,<br><br>    Defendants. | Case No.: 4:12-cv-01459-RS<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, it is ordered that Plaintiff's Amended Complaint is deemed filed.

Date:_10/1/12_____                       _____
                                          Hon. Richard Seeborg

4:12-cv-01459-RS