UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch, | Case No.: 4:12-cv-01459-RS |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| vs. | |
| Diversified Collection Services, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the mediation deadline is hereby extended by sixty (60) days to January 13, 2013.

Date: 10/11/12

_____

Judge: Hon. Richard Seeborg