UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch,<br><br>    Plaintiff,<br><br>vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 4:12-cv-01459-RS<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the mediation deadline is hereby extended by sixty (60) days to January 13, 2013.

Date: 10/11/12

*/s/ Richard Seeborg*

Judge: Hon. Richard Seeborg