IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Ulanda Branch,   No. C 12-01459 RS

      Plaintiffs,   **STANDBY ORDER OF DISMISSAL**

v.

Diversified Collection Services,

      Defendants.

_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by January 14, 2013.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 17, 2013, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/5/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE