UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch,<br><br>            Plaintiff,<br><br>      vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 4:12-cv-01459-RS<br><br>[~~PROPOSED~~] **ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_12/4/12_____                          _____

                                         Judge: Hon. Richard Seeborg