UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulanda Branch,<br><br>             Plaintiff,<br><br>     vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 4:12-cv-01459-RS<br><br>[~~PROPOSED~~] **ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_12/4/12_____                    _____

                                                          Judge: Hon. Richard Seeborg

---

4:12-cv-01459-RS                                                                        STIPULATION OF DISMISSAL